IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.

KELA RUSHING

INFORMATION

3:09mj60

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about May 11, 2008, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**KELA RUSHING,**

did unlawfully operate a motor vehicle while under the influence of alcoholic beverages or a substance set forth in Section 877.111 or controlled by Chapter 893, Florida Statutes, while affected to the extent that his normal faculties were impaired, in violation of Section 316.193, Florida Statutes and Title 18, United States Code, Sections 7 and 13

_____
THOMAS F. KIRWIN
United States Attorney

_____
DATE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

09 FEB -5 AM 10: 43

FILED