IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.

Kela Rushing

Case No. 3:09mj60

ORDER

Pursuant to 18 U.S.C. § 3142, you are hereby released on your own recognizance with the following special conditions:

1. You shall not commit a Federal, State, or local crime during the period of release;

2. **If** the Office of the Federal Public Defender has been appointed to represent you, you shall maintain contact with their office[1] and immediately advise them if your contact information (i.e., your address or phone number) changes; and,

3. You shall be required to return for your (bench trial) (jury trial) (next court date) on 4/6, 2009 at 7:00 a.m./p.m.

4. If you have been directed to return for sentencing and a presentence report has been ordered, you will cooperate with the Probation Officer assigned to prepare the report.

Failure to comply with the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

**DONE AND ORDERED** this __18th__ day of __February__ 2008.

/s/ Miles Davis
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Office of the Federal Public Defender is located in the Blount Building, Suite 200, 3 West Garden Street, Pensacola, Florida 32502. Their telephone number is (850) 432-1418.